```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TARA I. ALLEN, Bar #235549
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  ATTORNEY FOR DEFENDANT
    CHARLES MILLER
 6

 7              IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9                               )
                                 )
10  UNITED STATES OF AMERICA,    )  MAG. 07-00011-GGH
                                 )
11              Plaintiff,       )  STIPULATION AND ORDER
                                 )
12       v.                      )
                                 )  Judge: Gregory G. Hollows
13  CHARLES MILLER,              )
                                 )
14              Defendant.       )
    _____
15

16

17       The United States of America, through MATTHEW C. STEGMAN,

18  Assistant United States Attorney, together with defendant, CHARLES

19  MILLER, by and through his counsel TARA I. ALLEN of the Federal

20  Defenders Office, stipulate that the defendant's response to the

21  government's brief which is due to be filed on April 23, 2007 will now

22  be due on April 25, 2007.  This continuance is requested so that

23  defense counsel has enough time to thoroughly research and respond to

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /
```

1 | the arguments made in government's counsel's brief.

2 | Dated: April 17, 2007

3 |                                         Respectfully submitted,

4 |                                         DANIEL J. BRODERICK
                                            Federal Defender
5 |
                                            /s/ Tara I. Allen
6 |                                         _____
                                            TARA I. ALLEN
7 |                                         Staff Attorney
                                            Attorney for Defendant
8 |                                         CHARLES MILLER

9 |

10 | Dated:  April 17, 2007                 McGREGOR W. SCOTT
                                            United States Attorney
11 |
                                            /s/ Matthew Stegman
12 |                                        _____
                                            MATTHEW STEGMAN
13 |                                        Assistant U.S. Attorney

14 |                               **O R D E R**

15 |

16 |      IT IS HEREBY ORDERED that defense counsel's response to the

17 | government's brief will now be due on April 25, 2007.

18 |      IT IS SO ORDERED.

19 |

20 | Dated: 4/23/07                          /s/ Gregory G. Hollows

21 |                                         _____
                                             GREGORY G. HOLLOWS
22 |                                          United States Magistrate Court

23 | miller11.ord

24 |

25 |

26 |

27 |

28 |

Stipulation and Order re:  Charles Miller                    2