IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                     MAG. NO. 07-011 GGH

    vs.

CHARLES MILLER,

        Defendant.                <u>ORDER</u>

        For the reasons set forth in the briefing of the United States at pages 3-5 in its filing of April 16, 2007, and in the defense briefing at 4:20-5:20 in its April 25, 2007, filing, this case may proceed on the charge of violating 38 C.F.R. § 1.218(b)(18).

        The parties shall contact the clerk of the undersigned to set this matter for trial or change of plea forthwith.

DATED: 4/27/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
miller11.ord2

1