```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TARA I. ALLEN, Bar #235549
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  ATTORNEY FOR DEFENDANT
    CHARLES MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | MAG. 07-00011-GGH |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| CHARLES MILLER, | ) | Judge: Gregory G. Hollows |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, CHARLES MILLER, by and through his counsel TARA I. ALLEN of the Federal Defenders Office, stipulate that the change of plea hearing be set on Monday, May 21, 2007 at 2:00 p.m.

Dated: May 3, 2007

                                                    Respectfully submitted,
                                                    DANIEL J. BRODERICK
                                                    Federal Defender

                                                    /s/ Tara I. Allen
                                                    _____
                                                    TARA I. ALLEN
                                                    Staff Attorney
                                                    Attorney for Defendant
                                                    CHARLES MILLER

Dated:  May 3, 2007                     McGREGOR W. SCOTT
                                                    United States Attorney

                                                    /s/ Matthew Stegman
                                                    _____
                                                    MATTHEW STEGMAN
                                                    Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that the change of plea hearing will now be set on May 21, 2007 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 5/14/07                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  United States Magistrate Court

miller.chg

Stipulation and Order re:   Charles Miller