```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  RICHARD SHOEMAKER-MOYLE
    Certified Law Student, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | MAG NO. 07-00011 GGH |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S PETITION FOR |
| v. | ) | PROBATION REVOCATION AND ORDER |
| | ) | |
| CHARLES MILLER, | ) | |
| | ) | DATE: June 9, 2008 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Gregory G. Hollows |

On May 21, 2007, the above named defendant pled guilty to the sole count in the Information of possession of marijuana in violation of Title 38, United States Code, Section 901, and Title 38, Code of Federal Regulations, Section 1.218(b)(18), a misdemeanor. The defendant was placed on court probation for a term of one year. The terms of the defendant's probation included:

    (1) The defendant shall pay a $500.00 fine, to be paid $50 per month; and

    (2) The defendant shall pay the mandatory special assessment of $10.00; and

///

(3) The defendant shall be referred to the U.S. Marshal's Office for fingerprinting.

The United States alleges that the defendant has violated these conditions as follows:

As of May 20, 2008, the defendant has made the following payments:

| Date Paid | Amount |
|---|---|
| 6/29/2007 | $10.00 |
| 6/29/2007 | $50.00 |
| 7/9/2007 | $60.00 |
| 8/9/2007 | $50.00 |
| 11/02/2007 | $50.00 |
| 3/17/2008 | $170.00 |
| Total Paid | $390.00 |

There is an unpaid balance of $ 120.00.

The United States therefore petitions this Court to issue a summons ordering the defendant to appear before the Court on June 9, 2008 at 9:00 a.m. to show cause why probation granted on May 21, 2007, should not be violated.

///
///
///
///
///
///
///
///
///

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: May 21, 2008                     Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

By:  /s/ S. Robert Tice-Raskin
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the defendant appear on June 9, 2008 at 9:00 a.m., to show cause why the probation granted on May 21, 2007, should not be revoked.

IT IS SO ORDERED.

DATED: May 23, 2008

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

miller011.ord

3